# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

DAVID P. PEASE,

        Plaintiff,

v.

DEE ANN C. PEASE, OLMSTED
COUNTY CHILD AND FAMILY
SERVICES, UNIVERSITY OF
MINNESOTA EXTENSION
AGENCY, SARA J. VANOFFELEN,
AND DOVER EYOTA SCHOOL
DISTRICT #533,

        Defendants.

**ORDER**
Civil File No. 11-617 (MJD/JJK)

David P. Pease, pro se.

Deja L. Weber, Weber Law, PLLC, counsel for Dee Ann C. Pease.

Gregory J. Griffiths and Hillary R. Stonelake, Dunlop & Seeger, Counsel for
Olmsted County Child and Family Services.

Charles E. Long and Timothy R. Palmatier, Kennedy & Graven, Chartered,
counsel for Dover Eyota School District #533.

      The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated

August 11, 2011.  [Docket No. 34]  Plaintiff David P. Pease filed objections to the

Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de</u> <u>novo</u> review upon the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court **ADOPTS** the Report and Recommendation of United States Magistrate

Judge Keyes dated August 11, 2011.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Jeffrey J. Keyes's Report
   and Recommendation dated August 11, 2011 [Docket No. 34].

2. Defendant Olmsted County Child and Family Services's Motion
   to Dismiss [Docket No. 3] is **GRANTED.**

3. Defendant Dover Eyota School District #533's Motion to Dismiss
   [Docket No. 19] is **GRANTED**.

4. Plaintiff's Complaint [Docket No. 1] is **DISMISSED WITH
   PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   September 28, 2011          <u>s/ Michael J. Davis</u>
                                     Michael J. Davis
                                     Chief Judge
                                     United States District Court